OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

RESORTED
FIRST CLASS

UNITED STATES POSTAGE
PITNEY BOWES
02 1M
0004279596
MAR 06 2015
$ 00.26⁵

3/4/2015

SMITH, WILLIAM DENON   Tr. Ct. No. 13-12-13530-CR(1)   FILED FROM WR-82,855-02

This is to advise that the Court has denied without written order the application for writ of habeas corpus on the findings of the trial court without a hearing.

Abel Acosta, Clerk

WILLIAM DENON SMITH
- TDC # 1928399

RTS
RLSD